# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JEROME ZIMMERMANN,**
  Plaintiff,

 v.              Case No. 05-C-0556

**OSHKOSH CORRECTIONAL INSTITUTION,**
**JUDY SMITH, SANDY HAUTAMAKI and**
**UNKNOWN, Mailroom Clerk at Oshkosh Correctional Institution,**
  Defendants.

## ORDER

  A review of this file discloses that defendants filed a motion for summary judgment. Court records indicate that copies of the motion and supporting brief were mailed to plaintiff on August 9, 2007. Under the applicable procedural rules, plaintiff's response to that motion should have been filed on or before September 10, 2007.

  Briefing schedules are set forth in Civil L.R. 7.1 (E.D. Wis.). Parties are expected to comply with the procedures and dates specified in the rule without involvement of the court. Plaintiff is reminded that he is required to serve a copy of all submissions in this case on opposing counsel.

  Court records show that plaintiff did not file any response to defendants' motion. I will allow plaintiff to file a response to such motion on or before **December 19, 2007**. Plaintiff is hereby advised that, if he fails to file any response to defendants' motion by this date, his case may be dismissed for lack of prosecution, with prejudice, pursuant to Civil L.R. 41.3 (E.D. Wis.) (copy enclosed) and Fed. R. Civ. P. 41(b).

**IT IS THEREFORE ORDERED** that plaintiff shall file a response to defendants' motion for summary judgment by **December 19, 2007.** Failure to file such a response may result in dismissal of this action for failure to prosecute.

Dated at Milwaukee, Wisconsin this 29 day of November, 2007.

/s
LYNN ADELMAN
District Judge

**Civil L.R. 41.3 (E.D. Wis.) - Dismissal for Lack of Diligence**

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party can petition for reinstatement of the action within 20 days.